UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK SHAWN HENRY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. C18-246-JPD<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

After careful consideration of plaintiff's application to proceed *in forma pauperis* ("IFP"), the governing law, and the balance of the record, the Court ORDERS:

(1) Plaintiff's application to proceed IFP, Dkt. 1, is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee. However, plaintiff failed to include the full name of the defendant in the caption. Nancy A. Berryhill is now the Acting Commissioner of the Social Security. Without more, the "Commissioner of Social Security Administration" is not the correct name for the defendant in this action. **Plaintiff's counsel is directed to update the caption on all future filings with the Court. Failure to make this change in the future may cause this Court to strike the pleading.**

(2) The Clerk of the Court is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the

ORDER - 1

complaint on the appropriate parties.  Plaintiff shall note that it is plaintiff's attorney's responsibility to serve copies of the complaint properly along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.  A certificate of service must also be promptly filed with the Court.

DATED this 21st day of February, 2018.

JAMES P. DONOHUE
Chief United States Magistrate Judge